# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC  *Plaintiff,* | § § § | |
| Vs. | § § | CIVIL ACTION NO.: 2:22-cv-00125-JRG |
| CHARTER COMMUNICATIONS, INC.,  *Defendant.* | § § § | |

## RETURN OF SERVICE

Came to my hand on **Wednesday, April 19, 2023 at 11:11 AM**,
Executed at: **7801 FOLSOM BLVD., # 202, SACRAMENTO, CA 95826**
at **1:43 PM**, on **Wednesday, April 19, 2023**, by delivering to the within named:

**UBEE INTERACTIVE INC.**

Care of its **Registered Agent, URS AGENTS, INC.**
by personally delivering to **Authorized Employee, JENNIFER LEE**
a true copy of this

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION with ATTACHMENT A**

**BEFORE ME,** the undersigned authority, on this day personally appeared **MATTHEW LEONARDO** who after being duly sworn on oath states: "My name is **MATTHEW LEONARDO**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of California. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
**MATTHEW LEONARDO**- Reg. No. 2009-18 Sacramento County

Subscribed and Sworn to by MATTHEW LEONARDO, Before Me, the undersigned authority, on this 20th day of April, 2023.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA   COUNTY OF Sacramento
Subscribed and sworn to (or affirmed) before me on this 20th day of April, 2023 by Matthew Leonardo

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
(Signature of Notary)

See left
_____
Notary Public in and for the State of California



LANE ELLIOTT
Notary Public - California
Sacramento County
Commission # 2409688
My Comm. Expires Jul 25, 2026