# EXHIBIT C

# ALTIS LAW GROUP, INC.
A Professional Corporation

1669 Hollenbeck Avenue, Suite 2-108, Sunnyvale, CA 94087
Email: peggychen@altislaw.com

---

May 26, 2023

**VIA EMAIL**

James Shimota
Jim.Shimota@klgates.com
K&L Gates, LLP
70 W. Madison Street
Suite 3100
Chicago, IL 60602

Re: Entropic Communications, LLC v. Charter Communications Inc.
EDTX 22-cv-00125-JRG

Dear Jim,

This office represents non-party Ubee Interactive Inc. ("Ubee") in connection with the subpoenas served by Entropic Communications, LLC dated April 17, 2023, requesting that Ubee produce certain documents and appear for a deposition (collectively "Subpoena").

Pursuant to Federal Rule of Civil Procedure 45, Ubee hereby responds to the Subpoena as follows:

## **GENERAL OBJECTIONS**

Ubee states the following general objections:
1. Ubee objects to each document request to the extent it purports to impose any requirement or obligation on Ubee greater or different than those imposed or permitted by the Federal Rules of Civil Procedure.
2. Ubee objects to each document request to the extent it purports to require Ubee to identify information that is not within its possession, custody, or control. Ubee limits the scope of its response to each document request to information within its possession, custody, or control.
3. Ubee objects to each document request as unduly burdensome to the extent it seeks information that is obtainable from parties in the case or other sources more convenient, less burdensome, and/or less expensive.
4. Ubee objects to each document request to the extent it seeks the production of information that is cumulative, duplicative, or redundant of other discovery that has been taken in the case. Plaintiff has not identified information regarding Ubee already requested or obtained through discovery, and Ubee objects to providing cumulative, duplicative, or redundant information.

5. Ubee objects to each document request to the extent it seeks the production of information irrelevant to any claim or defense and/or not proportional to the needs of the case.
6. Ubee objects to each document request to the extent it seeks the production of information that is protected by the attorney-cline privilege, work product doctrine, common interest doctrine, or any other applicable privileges or protection; any inadvertent production shall not be deemed a waiver of any privilege with respect to the document or information produced or of any work product doctrine that may attach.
7. Ubee objects to each document request to the extent it improperly seeks the production of highly confidential, proprietary, commercial and/or competitive information, or the trade secret information of Ubee and/or third parties and that is of little to no relevance to the issues in the case.  As such, to the extent that Ubee agrees to produce any such responsive documents, they will be subject to applicable rules regarding confidentiality pursuant to the protective order in this case.
8. Ubee objects to each document request to the extent it is vague, ambiguous, or indefinite.
9. Ubee objects to each document request as overly broad and unduly burdensome, including to the extent that a request is unbounded as to time or seeks information regarding products or product functionality not at issue in the case.
10. Ubee objects to the definition of "Ubee" and "You" as overly broad and unduly burdensome as well as vague and ambiguous.  Plaintiff's definition of "Ubee" and "You" improperly includes other entities that are legally independent of Ubee and on whose behalf Ubee cannot respond.  Ubee cannot respond to a subpoena for information that Ubee does not have a legal right to access or obtain on demand and is not within Ubee's possession, custody, or control. Accordingly, Ubee will respond only on behalf of itself.
11. Ubee objects to the definition of "Charter" as overbroad, vague, and ambiguous. Ubee understand this term to refer only to the entity specifically identified by name in the definition.
12. Ubee objects to the definitions of "Relevant Cable Modem Products" or "Relevant Products" because Ubee has not sold any such device to defendant.
13. Ubee objects to the definitions of "Relevant Cable Modem Products" or "Relevant Products" as overbroad to the extent they include products other than those accused of infringement in the case.
14. Ubee objects to each document request to the extent that it calls for information not within the scope of knowledge of Ubee.  To do so would place an undue burden on Ubee, require more of Ubee than any obligation imposed by law, would subject Ubee to unreasonable and undue burden and expense, and would seek to impose upon Ubee an obligation to investigate or obtain information or materials from third parties or sources that are equally accessible to Plaintiff.
15. Ubee objects to each document request to the extent it seeks documents subject to third-party confidentiality restrictions, and Ubee does not agree to produce such documents until any such restriction has been satisfied or otherwise resolved and only to the extent that it is not unduly burdensome for Ubee to satisfy or resolve such restriction.

16. Ubee objects to this subpoena as overbroad and unduly burdensome to the extent it seeks information concerning Ubee products that are not properly accused of infringement in the case.
17. Ubee objects to the Subpoena including Instruction No. 1, as unduly burdensome and not proportional to the needs of the case to the extent it requires Ubee to prepare a privilege log. Ubee does not agree to provide a privilege log at this time, but is willing to meet and confer with Plaintiff to understand why Plaintiff believes a privilege log is required in response to this subpoena and will consider any reasonable request.
18. Each of the above general objections shall be deemed continuing and is incorporated into the specific responses and objections set forth below, whether or not specifically stated in response to each document request, and is not waived or in any way limited by the responses below.  No response to a request shall be understood as, nor is it intended to be, a waiver of any general objection or any specific objection that may be separately stated with respect to any response.  Nor shall any response to a request be deemed to constitute any agreement or concession that the subject matter thereof is relevant to this action.  All of the responses set forth below are made without waiving or intending to waive any objection, including but not limited to objections as to competency, relevancy, materiality, authenticity, privilege, or admissibility.

## **SPECIFIC OBJECTIONS AND RESPONSES**

Ubee incorporates by reference each general objection into each specific objection and response below.  From time to time, a specific response may repeat a general objection for emphasis or for some other reason. The failure to include a general objection in a specific response shall not be interpreted as a waiver of that general objection to that response. Subject to and without waiving its general objections and specific objections to each request, and subject to discussions among counsel regarding the scope of the subpoena and the specific documents sought thereunder, all of which are incorporated by reference as if set forth fully in each response below, Ubee specifically objects and responds to each document request as follows:

**REQUEST FOR PRODUCTION NO. 1**
Documents and things sufficient to show the architecture and components of the Relevant Cable Modem Products, including part lists, component lists, bills of materials, and circuit diagrams.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1**
Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request as overbroad and unduly burdensome, including because it is not limited to the functionality relevant to the case and does not describe the requested documents with particularity.  Ubee objects to this request to the extent it seeks information not relevant to the case. Ubee objects to this request as seeking information that may be obtained from the parties in the litigation.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee has not located any documents responsive to this request after a diligent search and reasonable inquiry.  Ubee is willing to discuss with Plaintiff's counsel and

3

assist in arranging production of responsive documents in the category of circuit diagrams in the possession of Ubee's corporate affiliates.  Ubee does not agree to arrange production of documents regarding components of the Relevant Cable Modem Products which may be in the possession of Ubee's corporate affiliates as the request seeks information not relevant to the case.

**REQUEST FOR PRODUCTION NO. 2**
Documents and things sufficient to show the capabilities, functionality, and architecture of the Relevant Cable Modem Products and ESS services offered or provided by You in connection with the Relevant Cable Modem Products, including the following specific capabilities, functionality, or architectures:
   a. full band capture processing of received signals;
   b. signal analysis, signal monitoring, and/or sending of data related to signal analysis or signal monitoring capabilities;
   c. packet processing capabilities and prioritized processing of certain types of packets;
   d. communications between various processors, including a RG processor and a CM/MTA processor, of full band capture cable modem/gateway SoCs;
   e. firmware, middleware, or any other software updates of one or more components, including a RG processor, a CM/MTA processor, of the full band capture cable modem/gateway SoCs;
   f. the generation or transmission of probes, including physical layer probes, by the Relevant Products based on requests received from a CMTS and/or CCAP;
   g. the generation and/or transmission of messages, for example SNMP messages, by the Relevant Products based on messages received from a CMTS and/or CCAP; and
   h. determining, utilizing, and/or modifying parameters used by the Relevant Products to transmit and/or receive data via one or more communication channels.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2**
Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request as vague because it contains various technical terms not properly defined.  Ubee objects to this request as overbroad and unduly burdensome, including because it is not limited to the functionality relevant to the case and does not describe the requested documents with particularity.  Ubee objects to this request to the extent it seeks information not relevant to the case.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee has not located any documents responsive to this request after a diligent search and reasonable inquiry.  Ubee is willing to discuss with Plaintiff's counsel and assist in arranging production of responsive documents that may be in the possession of Ubee's corporate affiliates.

**REQUEST FOR PRODUCTION NO. 3**
Documents and things sufficient to show and describe any Charter-specific modifications or customizations made to the Relevant Products, and/or such modifications or customizations made for other customers providing cable television or internet services in

the United States.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3**

Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request as overbroad and unduly burdensome, including because it seeks information of other customers that is of little to no relevance to the issues in the case. Ubee objects to this request as seeking information that may be obtained from the parties in the litigation.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee has not located any documents responsive to this request after a diligent search and reasonable inquiry. Ubee is willing to discuss with Plaintiff's counsel and assist in arranging production of responsive documents that may be in the possession of Ubee's corporate affiliates to the extent Plaintiff is unable to obtain responsive documents from the defendant.

**REQUEST FOR PRODUCTION NO. 4**

Documents and things sufficient to show any participation or involvement by Charter in the design, component selection, feature selection, development, or maintenance of the Relevant Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4**

Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request to the extent it seeks information not relevant to the case. Ubee objects to this request as seeking information that may be obtained from the parties in the litigation.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee has not located any documents responsive to this request after a diligent search and reasonable inquiry. Ubee is willing to discuss with Plaintiff's counsel and assist in arranging production of responsive documents that may be in the possession of Ubee's corporate affiliates to the extent Plaintiff is unable to obtain responsive documents from the defendant.

**REQUEST FOR PRODUCTION NO. 5**

Documents and things sufficient to show any deployment of, usage of or reliance upon the Relevant Products by Charter.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5**

Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request to the extent it seeks information not relevant to the case. Ubee objects to this request as seeking information that may be obtained from the parties in the litigation.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee has not located any documents responsive to this request after a diligent search and reasonable inquiry. Ubee is willing to discuss with Plaintiff's counsel and assist in arranging production of responsive documents that may be in the possession of Ubee's corporate affiliates to the extent Plaintiff is unable to obtain responsive documents from the defendant.

**REQUEST FOR PRODUCTION NO. 6**

Documents and things sufficient to show any development, modification, collaboration with, usage of, or maintenance of the Relevant Products in collaboration with third party

companies supplying products to Charter, including Vantiva SA, Technicolor SA, Thomson SARL, Thompson Multimedia, Commscope, Inc., Arris International Ltd., Motorola, Inc., Motorola Mobility LLC, Pace Plc, Humax Co. Ltd., Sagemcom, Askey Computer Corp., Sercomm Corporation, Hitron Technologies, and Samsung Electronics Co. Ltd.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6**

Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request to the extent it seeks information not relevant to the case. Ubee further objects to this request as overbroad and unduly burdensome to the extent it seeks information regarding third parties not named in the action.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee has not located any documents responsive to this request after a diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 7**

Documents and things sufficient to show any development, modification, or maintenance of firmware, middleware, and/or any other software for the Relevant Products, including firmware, middleware, and/or any other software utilizing reference software platforms, SDKs, and/or APIs provided by third party companies including Charter, Broadcom Corporation, DevelopOnBox, LLC d/b/a Zodiac Interactive, Zodiac Systems, Orion Systems Integrators, LLC d/b/a Orion Innovation, Cognizant Technology Solutions Corporation, and Alticast.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7**

Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request as vague because it contains various technical terms not properly defined. Ubee objects to this request to the extent it seeks information not relevant to the case.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee has not located any documents responsive to this request after a diligent search and reasonable inquiry. Ubee is willing to discuss with Plaintiff's counsel and assist in arranging production of responsive documents that may be in the possession of Ubee's corporate affiliates, provided that any third-party confidentiality restriction has been satisfied or otherwise resolved and only to the extent that it is not unduly burdensome for Ubee or its corporate affiliates to satisfy or resolve such restriction.

**REQUEST FOR PRODUCTION NO. 8**

Documents sufficient to show Your annual revenue and unit sales on a product-by-product basis for the Relevant Products, and the cost of goods sold, the operating revenue, and operating profit therefor since 2014.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8**

Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request to the extent it seeks information that is highly confidential and proprietary to Ubee and its affiliates, including information that constitutes competitive financial information and that is of little to no relevance to the issues in the case. Ubee objects to this request as vague and ambiguous as it seeks information since

2014 without any specific basis. Ubee objects to this request as overbroad, not proportional to the needs of the case, and compliance would be unduly burdensome, particularly as Ubee is not a party to the case, and responding to this request would require Ubee to devote substantial resources to the collection, review and production of documents which imposes undue hardship and significant expenses upon Ubee that outweighs any likely benefit of the discovery encompassed in this request. Ubee objects to this request as seeking information that may be obtained from the parties in the litigation.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee does not agree to produce documents in response to this request at this time.

**REQUEST FOR PRODUCTION NO. 9**
All supply agreements applicable to the provision of any Relevant Products that were sold or otherwise provided by You.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9**
Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request as vague and ambiguous as the term "supply agreements" is unclear which may involve both customers and suppliers of Ubee. Ubee objects to this request as overly broad and unduly burdensome as it is unbounded as to time. Ubee objects to this request as it seeks the production of information irrelevant to any claim or defense and/or not proportional to the needs of the case.

Subject to and without waiving its general and specific objections, Ubee responds as follows: to the extent Ubee understands the request seeks supply agreements between Ubee and defendant in the case, such documents shall be obtainable from the defendant.

**REQUEST FOR PRODUCTION NO. 10**
Documents sufficient to show Your pricing for the Relevant Products, and the considerations impacting such pricing.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10**
Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request to the extent it seeks information that is highly confidential and proprietary to Ubee, including information that constitutes competitive commercial intelligence and that is of little to no relevance to the issues in the case. Ubee objects to this request as overbroad, not proportional to the needs of the case, and compliance would be unduly burdensome, particularly as Ubee is not a party to the case, and responding to this request would require Ubee to devote substantial resources to the collection, review and production of documents which imposes undue hardship and significant expenses upon Ubee that outweighs any likely benefit of the discovery encompassed in this request.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee does not agree to produce documents in response to this request at this time.

**REQUEST FOR PRODUCTION NO. 11**
Documents sufficient to show Your manufacturer(s) and supplier(s) of the Relevant Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11**
Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request as vague and ambiguous as the terms "manufacturer" and "supplier" are not sufficiently specified. Ubee objects to this request as it seeks the production of information irrelevant to any claim or defense and/or not proportional to the needs of the case.

Subject to and without waiving its general and specific objections, Ubee responds as follows: To the extent Plaintiff's counsel further elaborates or limits the scope of the request and explains why this request is relevant to any claim or defense in the case, Ubee will conduct a reasonable investigation to determine whether it may have responsive documents in its possession.

**REQUEST FOR PRODUCTION NO. 12**
All market analyses for the Relevant Products as relating to cable and television providers in the United States.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12**
Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request as unduly burdensome to the extent it seeks information publicly and equally available to Plaintiff. Ubee objects to this request as it seeks the production of information irrelevant to any claim or defense and/or not proportional to the needs of the case.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee has not located any documents responsive to this request after a diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 13**
Document sufficient to identify Your competitors for the Relevant Products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13**
Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request as unduly burdensome to the extent it seeks general commercial and market information publicly and equally available to Plaintiff. Ubee objects to this request as it seeks the production of information irrelevant to any claim or defense and/or not proportional to the needs of the case.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee has not located any documents responsive to this request after a diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 14**
Documents sufficient to describe Your services offered in connection with the Relevant Products, and the revenue derived therefrom.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14**
Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request to the extent it seeks information that is highly confidential and proprietary to Ubee, including information that constitutes competitive commercial intelligence and that is of little to no relevance to the issues in the case. Ubee objects to this request as vague and ambiguous as the phrase "services offered" is undefined. Ubee objects to this request as overbroad, not proportional to the needs of the case as it seeks information regarding services offered that may be unrelated to any issue in the case.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee does not provide services in connection with the Relevant Products and has not located any documents responsive to this request after a diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 15**

All license agreements covering the Relevant Technologies.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15**

Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request as vague and ambiguous, particularly to the extent it seeks "license agreements". Ubee further objects to this request to the extent it seeks confidential information of third parties. Ubee further objects to this request as unduly burdensome and not proportional to the needs of this case, particularly to the extent that it seeks highly confidential information that has little or no relevance to this case. Ubee objects to this request as it seeks the production of information not limited to any claim or defense and/or not proportional to the needs of the case.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee will discuss with plaintiff's counsel and request Ubee's affiliates to conduct a reasonable investigation to determine whether responsive documents are available, once the scope of the request is narrowed and limited to reflect the accused functionalities or devices in this case.

**REQUEST FOR PRODUCTION NO. 16**

An identification of all patents that You "mark" in connection with the Relevant Products pursuant to 35 U.S.C. §287.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16**

Ubee incorporates by reference its general objections as though fully set forth herein.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee has not located any documents responsive to this request after a diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 17**

Documents sufficient to show any hurdle rate and/or internal rate of return for the Relevant Products from 2014.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17**

Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request as vague and ambiguous as the phrase "hurdle rate and/or internal rate of return" is undefined. Ubee objects to this request as it seeks the production of information irrelevant to any claim or defense and/or not proportional to the needs of the case. Ubee objects to this request to the extent it seeks information that is highly confidential and proprietary to Ubee, including information that constitutes competitive commercial intelligence and that is of little to no relevance to the issues in the case. Ubee objects to this request as unduly burdensome, vague and ambiguous as it seeks information since 2014 without any specific basis.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee has not located any documents responsive to this request after a diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 18**

9

Documents relating to any study or evaluation of the value of the Relevant Products to cable operators, including Charter, and/or the suppliers of equipment incorporating the Relevant Products to any cable operator.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18**

Ubee incorporates by reference its general objections as though fully set forth herein.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee has not located any documents responsive to this request after a diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 19**

Documents sufficient to reflect the demand and design input for, or the requirements of, the Relevant Technologies on the part of Charter, other cable operators, and/or the suppliers of components of the Relevant Products to any cable operators.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19**

Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request as overbroad and unduly burdensome, including because it seeks information relating to other cable operators and/or the suppliers of components of the Relevant Products to any cable operators which are not parties to this case. Ubee objects to this request as seeking information that may be obtained from the parties in the litigation.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee has not located any documents responsive to this request after a diligent search and reasonable inquiry. Ubee will request its affiliates to conduct a reasonable investigation to determine whether responsive documents are available with respect to Charter.

**REQUEST FOR PRODUCTION NO. 20**

All documents reflecting, discussing, proposing, or forecasting, any cost savings to cable operators resulting from the use of the Relevant Products as compared to any other product deployed that serves a similar use-case.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20**

Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request as ambiguous as the term "cost savings" is vague and undefined. Ubee objects to this request as it seeks information not relevant to the claim or defense in this case. Ubee objects to this request as overbroad and unduly burdensome, including because it seeks information relating to cable operators which are not parties to this case.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee has not located any documents responsive to this request after a diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 21**

All agreements reflecting any obligations of indemnity relating to the Relevant Technologies, and any agreement referencing and or referenced by such indemnity agreement relating to such obligations.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21**

Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request as it seeks the production of information that is protected by the attorney-cline privilege, work product doctrine, or common interest doctrine. Ubee

10

objects to this request as overbroad, unduly burdensome, and not proportional to the needs of this case, particularly to the extent that (1) the requested information is more appropriately sought from the defendant in the litigation, and (2) the documents sought have little to no relevance to the issues in the case. Ubee objects to this request to the extent it seeks documents subject to third-party confidentiality restrictions, and Ubee does not agree to produce such documents until any such restriction has been satisfied or otherwise resolved and only to the extent that it is not unduly burdensome for Ubee to satisfy or resolve such restriction.

Subject to and without waiving its general and specific objections, Ubee responds as follows: If Plaintiff can demonstrate that it is unable to obtain responsive documents from the defendant after reasonable inquiry, Ubee will produce responsive documents in e its possession, custody and control, provided that production of such documents is subject to resolution of any confidentiality restriction.

**REQUEST FOR PRODUCTION NO. 22**

Documents sufficient to show the negotiations between You and Charter regarding the pricing of the Relevant Products, including any documents evidencing efforts by Charter or other cable television providers to suppress the prices You are able to charge.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22**

Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request to the extent it seeks information that is highly confidential and proprietary to Ubee and its affiliates, including information that constitutes competitive commercial intelligence and that is of little to no relevance to the issues in the case. Ubee objects to this request as overbroad, not proportional to the needs of the case, and compliance would be unduly burdensome, particularly as Ubee is not a party to the case, and responding to this request would require Ubee to devote substantial resources to the collection, review and production of documents which imposes undue hardship and significant expenses upon Ubee that outweighs any likely benefit of the discovery encompassed in this request.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee does not agree to produce documents in response to this request at this time.

**REQUEST FOR PRODUCTION NO. 23**

Documents sufficient to show Your first awareness of any of the Asserted Patents.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23**

Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request to the extent it seeks the production of information irrelevant to any claim or defense and/or not proportional to the needs of the case as Ubee is not a party to the action. Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee only became aware of the Asserted Patents after the action was filed. Ubee will produce responsive documents that are in Ubee's possession after Plaintiff's counsel further elaborates the need for such information.

**REQUEST FOR PRODUCTION NO. 24**

All documents evidencing any notice, advising, or other communication with (to or from) any third party (not including Your agents) concerning any patents owned by or granted to MaxLinear and/or Entropic Communications, Inc, including, but not limited to, communications relating to indemnification for claims of infringement of any such

patent.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24**

Ubee incorporates by reference its general objections as though fully set forth herein. Ubee objects to this request to the extent it seeks the production of information that is cumulative, duplicative, or redundant of other discovery that has been taken in the case. Ubee objects to this request as it seeks the production of information that is protected by the attorney-cline privilege, work product doctrine, or common interest doctrine. Ubee objects to this request as overbroad, unduly burdensome, and not proportional to the needs of this case, particularly to the extent that (1) it seeks information regarding patents that are not asserted in this case that has little to no relevance to the issues in the case, and (2) seeking information regarding "notice, advising, or other communications" from a non-party imposes an unduly burden.

Subject to and without waiving its general and specific objections, Ubee responds as follows: Ubee does not agree to produce any responsive documents at this time unless Plaintiff further limits the scope of this request.

## RESPONSES AND OBJECTIONS TO DEPOSITION SUBPOENA

Ubee believes that a deposition covering the topics set forth in the subpoena is unduly burdensome considering the location of the witnesses and that the documents produced by Ubee will render the deposition unnecessary. To the extent authentication of documents produced by Ubee is necessary, Ubee is willing to provide a written declaration to effect authentication.

Sincerely,

_____
Peggy H. Chen