# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH A SUBPOENA DUCES TECUM<br><br>ENTROPIC COMMUNICATIONS,<br><br>Petitioner. | Civil Action No. **1:23-mc-00069-GPG** |

## RETURN OF SERVICE

Came to my hand on **Thursday, July 27, 2023 at 10:37 AM**, Executed at: **9155 E. NICHOLS AVE, STE 220, CENTENNIAL, CO 80112** at **12:16 PM**, on **Thursday, July 27, 2023**, by delivering to the within named:

### UBEE INTERACTIVE INC.

by personally delivering to its **Registered Agent, JAMIE HUSARIK** a true copy of this

**PETITIONER ENTROPIC COMMUNICATION, LLC'S MOTION TO COMPEL NON-PARTY COMPLIANCE WITH A SUBPOENA DUCES TECUM with EXHIBITS A, B & C**

BEFORE ME, the undersigned authority, on this day personally appeared **PENNY RICHARDSON** who after being duly sworn on oath states: "My name is **PENNY RICHARDSON**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Colorado. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _/s/ Penny Richardson_    7-28-23
**PENNY RICHARDSON** - Process Sever of Colorado

Subscribed and Sworn to by PENNY RICHARDSON, Before Me, the undersigned authority, on this __28__ day of July, 2023.

CYNTHIA BORDEN
NOTARY PUBLIC - STATE OF COLORADO
Notary ID #20184024161
My Commission Expires 6/11/2026

Notary Public in and for the State of Colorado