IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH A SUBPOENA DUCES TECUM<br><br>ENTROPIC COMMUNICATIONS, LLC,<br><br>    Petitioner. | Case No. 1:23-mc-00069-GPG |

**STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME
FOR UBEE TO RESPOND TO PETITIONER'S MOTION TO COMPEL**

Petitioner, Entropic Communications, LLC ("Entropic") and Respondent, Ubee Interactive Inc. ("Ubee") (collectively "the Parties"), by and through their undersigned counsel, and after conferring on August 16, 2023, respectfully file this Stipulation and Joint Motion for Extension of Time to extend the deadline for Ubee to respond to Entropic's Motion to Compel [ECF Dkt. No. 1] from August 17, 2023 to August 24, 2023.

In support of this Stipulation and Joint Motion, the Parties respectfully state the following:

1.   On April 19, 2023, Entropic served a subpoena *duces tecum* on Ubee in a matter styled *Entropic Communications, LLC v. Charter Communications, Inc.* No. 2:22-cv-00125-JRG (E.D. Tex.) (the "Subpoena").

2.   On July 21, 2023, Entropic filed with this Court a motion to compel compliance with the Subpoena. *See generally* ECF Dkt. No. 1.  Ubee's current deadline to file its Response is August 17, 2023.

3.   Responsive to the Subpoena, Ubee produced responsive documents on July 19, 2023, and during the week of August 13, 2023, further advised it was in the process of searching for additional responsive documents.

4. In light of the recent document production, Ubee requires additional time to adequately prepare and file their response to Entropic's Motion to Compel. Prior to the filing of this Stipulation and Joint Motion, the Parties consulted regarding such an extension, and Entropic consented to extension of the deadline for Ubee to file its Response.

5. The extension of time requested is sought in good faith and not for the purpose of delay.

6. A proposed order granting the extension of time requested is attached to the instant Motion as <u>Exhibit A</u>.

WHEREFORE, the Parties respectfully request that the time for Ubee to respond to Entropic's Motion to Compel [ECF Dkt. No. 1] be extended through and including August 24, 2023.

Respectfully submitted,


*/s/ Peggy H. Chen*                            */s/ Ketajh Brown*

Peggy H. Chen                                  Nicole C. Mueller
**Altis Law Group, Inc.**                      Ketajh Brown
1669 Hollenbeck Ave, Ste 2-108                 **K&L GATES LLP**
Sunnyvale, CA 94087                            70 W. Madison Street, Suite 3300
peggychen@altislaw.com                         Chicago, IL 60202
                                               nicole.mueller@klgates.com
*Counsel for Respondent,*                      ketajh.brown@klgates.com
*Ubee Interactive Inc.*
                                               *Counsel for Petitioner,*
                                               *Entropic Communications, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation and Joint Motion for Extension of Time for Ubee to Respond to Petitioner's Motion to Compel was served on August 16, 2023 to counsel for Ubee Interactive, Inc. via email at the following address:

Peggy C. Chen
Altis Law Group
Email: peggychen@altislaw.com

                                                              */s/  Ketajh Brown*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH A SUBPOENA DUCES TECUM<br><br>ENTROPIC COMMUNICATIONS, LLC,<br><br>Petitioner. | Case No. 1:23-mc-00069-GPG |

## [PROPOSED] ORDER

Upon consideration of the Stipulation and Joint Motion for Extension of Time for Ubee Interactive Inc. ("Ubee") to Respond to Entropic Communications, LLC's ("Entropic") Motion to Compel Non-Party Compliance with a Subpoena *Duces Tecum* [ECF Dkt. No. 1], and for good cause shown, it is hereby **ORDERED** that the time for Ubee to so respond is extended through and including August 24, 2023.

Date:_____

_____
The Honorable Gordon P. Gallagher
United States District Court Judge