IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH A SUBPOENA DUCES TECUM<br><br>ENTROPIC COMMUNICATIONS, LLC,<br><br>    Petitioner. | Case No. 1:23-mc-00069-GPG |

## ORDER

Upon consideration of the Stipulation and Joint Motion for Extension of Time for Ubee Interactive Inc. ("Ubee") to Respond to Entropic Communications, LLC's ("Entropic") Motion to Compel Non-Party Compliance with a Subpoena *Duces Tecum* [ECF Dkt. No. 1], and for good cause shown, it is hereby **ORDERED** that the time for Ubee to so respond is extended through and including August 24, 2023.

Date:   8/17/2023

_____
The Honorable Gordon P. Gallagher
United States District Court Judge