IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH A SUBPOENA DUCES TECUM<br><br>ENTROPIC COMMUNICATIONS, LLC,<br><br>    Petitioner. | Case No. 1:23-mc-00069-GPG |

**NOTICE OF WITHDRAWAL OF PETITIONER'S MOTION TO COMPEL
NON-PARTY COMPLIANCE WITH A SUBPOENA *DUCES TECUM***

PLEASE TAKE NOTICE, that Petitioner, Entropic Communications, LLC, hereby withdraws its Motion to Compel Non-Party Compliance with a Subpoena *Duces Tecum* [ECF Dkt. No. 1] in the above-styled action.

Date: August 24, 2023

                                                            Respectfully submitted,

                                                            */s/ Ketajh Brown*

                                                            Nicole C. Mueller
                                                            Ketajh Brown
                                                            **K&L GATES LLP**
                                                            70 W. Madison Street, Suite 3300
                                                            Chicago, IL 60602
                                                            Tel: 312-372-1121
                                                            nicole.mueller@klgates.com
                                                            ketajh.brown@klgates.com

                                                            ***Attorneys for Petitioner,
                                                            Entropic Communications, LLC***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Withdrawal of Petitioner's Motion to Compel Non-Party Compliance with a Subpoena *Duces Tecum* was served on August 24, 2023 on counsel for Respondent, Ubee Interactive, Inc., via email at the following:

Peggy C. Chen
**Altis Law Group**
Email: peggychen@altilaw.com

*/s/ Ketajh Brown*
